1
2
3
4
5

FILED

JUN 1 3 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

6               **UNITED STATES DISTRICT COURT**

7               **SOUTHERN DISTRICT OF CALIFORNIA**

8

9   MICHAEL ANTHONY KNOX                    CASE NO. 13cv2985-WQH-
                                            RBB
10                          Plaintiff,
                                            ORDER
        vs.
11
    F. CASTANEDA, Correctional
12  Sergeant, E. DELGADO, Correctional
    Lieutenant, W. ENDERS, Correctional
13  Officer, G. MEJIA, Correctional
    Officer, WHITMAN, Correctional
14  Captain, HAMILTON, Correctional
    Officer,
15
                            Defendants.

16  HAYES, Judge:

17          On December 11, 2013, Plaintiff initiated this action by filing a Complaint.

18  (ECF No. 1).  No proof of service or responsive pleading has been filed.  Federal Rule

19  of Civil Procedure 4 requires that a summons and complaint be served "within 120

20  days after the complaint is filed." Fed. R. Civ. P. 4(m).  If a plaintiff fails to serve the

21  summons and complaint within 120 days, the Court may dismiss the action without

22  prejudice after notice to the plaintiff. *See id.*

23          On May 8, 2014, the Court issued an Order which stated:

24          This Order constitutes notice to Plaintiff that the Court will dismiss this
            action without prejudice on **June 9, 2014,** unless, before that date,
25          Plaintiffs file either: (1) proof that service of the Summons and Complaint
            was timely effectuated upon Defendants within 120 days after filing of the
26          Complaint, or (2) a declaration under penalty of perjury showing good
            cause for failure to timely serve Defendants, accompanied by a motion for
27          leave to serve process outside of the 120-day period.

28  (ECF No. 4 at 1).

                                        - 1 -                          13cv2985-WQH-RBB

1    The docket reflects no case activity since the Court's May 8, 2014 Order.

2    IT IS HEREBY ORDERED that, pursuant to Rule 4(m), this action is

3  DISMISSED without prejudice. The Clerk of Court shall close this case.

4

5  DATED: _____

6                                        WILLIAM Q. HAYES
                                         United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28